**E-FILED**
Monday, 15 October, 2012  10:24:53 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-cv-1280 |
| | ) | |
| JOHN DOES 1-9, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

The firm of QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, by Jo T. Wetherill, a member in good standing of the bar of this Court, enters its appearance in the above-captioned case on behalf of the Defendant, JOHN DOE 3.


JOHN DOE 3, Defendant


By: _____*s/Jo T. Wetherill*_____
                Jo T. Wetherill
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **October 15, 2012**, I electronically filed this <u>**ENTRY OF APPEARANCE**</u> with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

 Law Offices of Nicoletti & Associates, LLC
 36880 Woodward Avenue, Suite 100
 Bloomfield Hills, MI 48304


And I hereby certify that on **October 15, 2012**, I mailed a copy of this document by United States Postal Service to the following non-registered participant:

 Comcast Corporation
 Legal Demands Center
 650 Centerton Road
 Moorestown, NJ 08057


    *s/Jo T. Wetherill*
    Jo T. Wetherill (Illinois Bar No.  6244110)
    QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
    227 N.E. Jefferson Ave.
    Peoria, IL  61602-1211
    Telephone:  (309) 674-1133
    Facsimile:  (309) 674-6503
    E-mail: mmersot@qjhpc.com


Jo T. Wetherill  (Illinois Bar No. 6244110)
Michael J. Mersot  (Illinois Bar No. 6302526)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: jwetherill@qjhpc.com
E-mail: mmersot@qjhpc.com