SHA-1 Hash: 2CB00C235792C6D9BF5EFD3373043B163AAB2F05   Title: Young and Hot
Rights Owner: Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.57.251.19 | 6/14/2012 15:44 | Peoria | IL | Comcast Cable | BitTorrent |
| 2 | 68.57.251.217 | 6/7/2012 10:20 | Canton | IL | Comcast Cable | BitTorrent |
| 3 | 71.201.172.80 | 6/26/2012 18:10 | Normal | IL | Comcast Cable | BitTorrent |
| 4 | 98.212.130.21 | 7/19/2012 3:34 | Champaign | IL | Comcast Cable | BitTorrent |
| 5 | 98.215.28.28 | 6/10/2012 10:23 | Decatur | IL | Comcast Cable | BitTorrent |
| 6 | 98.215.40.19 | 7/1/2012 23:07 | Normal | IL | Comcast Cable | BitTorrent |
| 7 | 98.222.36.240 | 6/16/2012 19:17 | Springfield | IL | Comcast Cable | BitTorrent |
| 8 | 98.223.157.154 | 6/27/2012 14:12 | Urbana | IL | Comcast Cable | BitTorrent |
| 9 | 98.253.230.50 | 7/27/2012 3:46 | Normal | IL | Comcast Cable | BitTorrent |

EXHIBIT A

CIL7