## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Case No. 12-cv-1280 |
| | ) | |
| MATTHEW DOUGHERTY and | ) | |
| JOHN DOES 1, 3, 4, 5, 6, 8 and 9 | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

The Attorney MATTHEW D. DOUGHERTY, a member in good standing of the bar of this Court, enters his appearance in the above captioned matter on behalf of himself, a Defendant, as a P*ro Se* Litigant.

MATTHEW D. DOUGHERTY, Defendant


By:      s/*Matthew Dougherty*
             Matthew D. Dougherty
             Attorney and *Pro Se* Litigant

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 23, 2012** I electronically filed this **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Law Offices of Nicoletti & Associates, LLC
    36880 Woodward Avenue, Suite 100
    Bloomfield Hills, MI 48304


        s/*Matthew Dougherty*
        Matthew D. Dougherty (Illinois Bar No. 6296273
        Attorney and *Pro Se* Litigant
        P.O. Box 251
        Chatham, Illinois 62629-0251
        Telephone: (217) 361-8000
        E-mail: mattddougherty@gmail.com




Matthew D. Dougherty (Illinois Bar No. 6296273
Attorney and *Pro Se* Litigant
P.O. Box 251
Chatham, Illinois 62629-0251
Telephone: (217) 361-8000
E-mail: mattddougherty@gmail.com