## **CERTIFICATE OF SERVICE**

I hereby certify that on **December 25, 2012** I electronically filed this **DEFENDANT'S COMBINED MOTION TO DISMISS OR ALTERNATIVELY TO SEVER THE DEFENDANT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Law Offices of Nicoletti & Associates, LLC
    36880 Woodward Avenue, Suite 100
    Bloomfield Hills, MI 48304


        s/*Matthew Dougherty*_____
        Matthew D. Dougherty (Illinois Bar No. 6296273)
        Attorney and *Pro Se* Litigant
        P.O. Box 251
        Chatham, Illinois 62629-0251
        Telephone: (217) 361-8000
        E-mail: mattddougherty@gmail.com



Matthew D. Dougherty (Illinois Bar No. 6296273
Attorney and *Pro Se* Litigant
P.O. Box 251
Chatham, Illinois 62629-0251
Telephone: (217) 361-8000
E-mail: mattddougherty@gmail.com