IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Case No. 12-cv-1280 |
| | ) | |
| MATTHEW DOUGHERTY and | ) | |
| JOHN DOES 1, 3, 4, 5, 6, 8 and 9 | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR HEARING ON COMBINED MOTION TO DISMISS OR ALTERNATIVELY TO SEVER THE DEFENDANT**

Defendant, MATTHEW D. DOUGHERTY, as an Attorney admitted to the bar of this Court and as a *Pro Se* Litigant on behalf of himself, respectfully requests and hereby moves for a hearing regarding the issues raised by Defendant's Combined Motion to Dismiss Or Alternatively to Sever the Defendant ("the Motion").

An in-court hearing before the Honorable Magistrate John A. Gorman is necessary because of the complexity of the factual and legal issues that have been raised by the Amended Complaint as well as the Motion.


MATTHEW D. DOUGHERTY, Defendant

By: _____s/*Matthew Dougherty*_____
Matthew D. Dougherty
Attorney and *Pro Se* Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on **December 25, 2012** I electronically filed this **DEFENDANT'S MOTION FOR HEARING ON COMBINED MOTION TO DISMISS OR ALTERNATIVELY TO SEVER THE DEFENDANTAPPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Law Offices of Nicoletti & Associates, LLC
    36880 Woodward Avenue, Suite 100
    Bloomfield Hills, MI 48304


        s/*Matthew Dougherty*
        Matthew D. Dougherty (Illinois Bar No. 6296273)
        Attorney and *Pro Se* Litigant
        P.O. Box 251
        Chatham, Illinois 62629-0251
        Telephone: (217) 361-8000
        E-mail: mattddougherty@gmail.com




Matthew D. Dougherty (Illinois Bar No. 6296273
Attorney and *Pro Se* Litigant
P.O. Box 251
Chatham, Illinois 62629-0251
Telephone: (217) 361-8000
E-mail: mattddougherty@gmail.com